---

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

FORD v. FORD DIST.

No. 543P85.

Case below: 76 N.C. App. 163.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.

GELL v. MANUEL

No. 578P85.

Case below: 76 N.C. App. 163.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1985.

HARRISON REALTY v. GEN. HOMES CORP.

No. 589P85.

Case below: 76 N.C. App. 542.

Petitions by Realty and General Homes for discretionary review under G.S. 7A-31 and writ of supersedeas and temporary stay denied 1 October 1985.

HUNNICUTT v. GRIFFIN

No. 562P85.

Case below: 76 N.C. App. 259.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

IN RE CLARK

No. 486P85.

Case below: 76 N.C. App. 83.

Petition by Clark for discretionary review under G.S. 7A-31 denied 1 October 1985. Motion by respondent to dismiss appeal for lack of substantial constitutional question allowed 1 October 1985.